```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

KIMBERLY DEAN,

    Plaintiff,
v.                                     Case No. 8:19-cv-1320-T-33CPT

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 20), filed on October 21, 2020, recommending that Plaintiff Kimberly Dean's unopposed Motion for Attorney's Fees be granted. (Doc. # 19).

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts the Report and Recommendation, grants Dean's Motion and awards her attorney's fees in in the amount of $6,671.40.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

1

Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 20) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff Kimberly Dean's Unopposed Motion for Attorney's Fees (Doc. # 19) is **GRANTED.**

(3) Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Dean shall be awarded attorney's fees in the

amount of $6,671.40, if she is not indebted to the United States Department of Treasury.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>5th</u> day of November, 2020.

                                        VIRGINIA M. HERNANDEZ COVINGTON
                                        UNITED STATES DISTRICT JUDGE